# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

GEOLOGIC COMPUTER SYSTEMS, INC.,
a Michigan Corporation,

       Plaintiff,

v

       Case No. 2:10-cv-13569
       Honorable Arthur J. Tarnow
       Magistrate Judge R. Steven Whalen

JOHN D. MACLEAN, et al,

       Defendants.

---

| | |
|---|---|
| KEMP KLEIN LAW FIRM<br>Brian H. Rolfe (P52680)<br>201 West Big Beaver Road, Ste 600<br>Troy, MI 48084<br>248-528-1111<br>brian.rolfe@kkue.com<br>*Attorneys for Plaintiff* | R. D. Brown, PLC<br>Russell D. Brown (P60583)<br>543 Marlpool Drive<br>Saline, MI 48176-1718<br>734-604-1522<br>rdbrown@rdbrownlaw.com<br>*Attorneys for Defendants John D. MacLean, AMW Machine Control, Inc., AMW Group, LLC, Mark Williams, and Alan Williams*<br><br>LAW OFFICES OF DAVID M. LENEGHAN, ESQ.<br>David M. Leneghan<br>200 Treeworth Boulevard, Suite 200<br>Broadview Heights, OH 44147<br>440-223-4260<br>leneghanlaw@yahoo.com<br>*Attorney for AGPS* |

---

## STIPULATED ORDER OF DISMISSAL

## STIPULATED ORDER OF DISMISSAL

WHEREAS, this Court entered Stipulated Order for Permanent Injunction [doc #191] ("Injunction"), which enjoined Defendants from selling software that contained code owned by Plaintiff ("Software");

WHEREAS, the Parties to this litigation reached a Settlement Agreement ("Settlement"), and that Settlement was approved by the Bankruptcy Court of the Western District of Michigan, which is presiding over the bankruptcy proceedings of defendant AMW Machine Control, Inc.;

WHEREAS, the Parties agreed, pursuant to the Settlement, that the Injunction would be stayed unless and until there was a default of the Settlement; and

WHEREAS, this Court entered Stipulated Order Conditionally Staying the Injunction Dated November 22, 2016 [doc # 193],

NOW THEREFORE,

IT IS HEREBY ORDERED that all claims against all remaining Defendants shall be and are hereby dismissed with prejudice and without costs or attorney fees to any party.

IT IS FURTHER ORDERED that all counter-claims against Plaintiff by all remaining Defendants shall be and are hereby dismissed with prejudice and without costs or attorney fees to any party.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction to enforce the Settlement and potentially reinstate the Injunction.

IT IS FURTHER ORDERED that this order resolves all claims and counter-claims remaining and closes this case.

Date: February 15, 2017              s/Arthur J. Tarnow
                                     Hon. Arthur J. Tarnow
                                     United States District Judge

The above is stipulated to by:

| | |
|---|---|
| */s/ Brian H. Rolfe P52680* | *Russell D. Brown P60583* |
| Kemp Klein Law Firm | R. D. Brown, PLC |
| 201 W. Big Beaver Road, Suite 600 | 543 Marlpool Drive |
| Troy, MI 48084 | Saline, MI 48176-1718 |
| (248) 528-1111 | 734-604-1522 |
| brian.rolfe@kkue.com | rdbrown@rdbrownlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants John D. MacLean, AMW Machine Control, Inc., AMW Group, LLC, Mark Williams, and Alan Williams* |
| Dated: February 13, 2017 | |
| | *David M. Leneghan* |
| | LAW OFFICES OF DAVID M. LENEGHAN, ESQ. |
| | 200 Treeworth Boulevard, Suite 200 |
| | Broadview Heights, OH 44147 |
| | 440-223-4260 |
| | leneghanlaw@yahoo.com |
| | *Attorney for AGPS* |

860623