# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

GEOLOGIC COMPUTER SYSTEMS, INC.,
a Michigan Corporation,

      Plaintiff,

v

      Case No. 2:10-cv-13569
      Honorable Arthur J. Tarnow
      Magistrate Judge R. Steven Whalen

JOHN D. MACLEAN, et al,

      Defendants.

---

| | |
|---|---|
| KEMP KLEIN LAW FIRM<br>Brian H. Rolfe (P52680)<br>201 West Big Beaver Road, Ste 600<br>Troy, MI 48084<br>248-528-1111<br>brian.rolfe@kkue.com<br>*Attorneys for Plaintiff* | R. D. Brown, PLC<br>Russell D. Brown (P60583)<br>543 Marlpool Drive<br>Saline, MI 48176-1718<br>734-604-1522<br>rdbrown@rdbrownlaw.com<br>*Attorneys for Defendants John D. MacLean, AMW Machine Control, Inc., AMW Group, LLC, Mark Williams, and Alan Williams*<br><br>LAW OFFICES OF DAVID M. LENEGHAN, ESQ.<br>David M. Leneghan<br>200 Treeworth Boulevard, Suite 200<br>Broadview Heights, OH 44147<br>440-223-4260<br>leneghanlaw@yahoo.com<br>*Attorney for AGPS* |

---

**STIPULATED ORDER REINSTATING INJUNCTION**
**DATED NOVEMBER 22, 2016 [DOC # 191]**

## STIPULATED ORDER REINSTATING INJUNCTION
## DATED NOVEMBER 22, 2016 [DOC # 191]

WHEREAS, this Court entered Stipulated Order for Permanent Injunction [doc #191] ("Injunction"), which enjoined Defendants from selling software that contained code owned by Plaintiff ("Software");

WHEREAS, the Parties to this litigation reached a Settlement Agreement ("Settlement"), and that Settlement was approved by the Bankruptcy Court of the Western District of Michigan, which is presiding over the bankruptcy proceedings of defendant AMW Machine Control, Inc.; and

WHEREAS, the Parties agreed that pursuant to the Settlement, the Injunction would be stayed unless and until there was a default of the Settlement;

WHEREAS, this Court entered Stipulated Order Conditionally Staying the Injunction Dated November 22, 2016 [doc #    ];

WHEREAS, there has been a default under the Settlement and the Injunction is to be reinstated;

NOW THEREFORE:

IT IS HEREBY ORDERED that the Stipulated Order Conditionally Staying the Injunction Dated November 22, 2016 [doc #193 ] is hereby terminated and the Stipulated Order for Permanent Injunction [doc #191] is reinstated and is in full force and effect.

Date: March 1, 2018

s/Arthur J. Tarnow
Hon. Arthur J. Tarnow
United States District Judge

The above is stipulated to by:

/s/ Brian H. Rolfe (P52680)
Kemp Klein Law Firm
201 W. Big Beaver Road, Suite 600
Troy, MI 48084
(248) 528-1111
brian.rolfe@kkue.com
*Attorneys for Plaintiff*

/s/ Russell D. Brown (P60583)
R. D. Brown, PLC
543 Marlpool Drive
Saline, MI 48176-1718
734-604-1522
rdbrown@rdbrownlaw.com
*Attorneys for Defendants John D. MacLean, AMW Machine Control, Inc., AMW Group, LLC, Mark Williams, and Alan Williams*

/s/ David M. Leneghan
LAW OFFICES OF DAVID M. LENEGHAN, ESQ.
200 Treeworth Boulevard, Suite 200
Broadview Heights, OH 44147
440-223-4260
leneghanlaw@yahoo.com
*Attorney for AGPS*

860619