# EXHIBIT 7

# Heed Law Group

39555 Orchard Hill Place, Suite 600
Novi, MI 48375
Phone: (248) 465-8655
Fax: (248) 348-5760

*Thomas P. Heed*

---

March 16, 2018

Faith M. Gaudaen
Kemp Klein Law Firm
201 West Big Beaver
Suite 600
Troy, MI 48084

RE: Acknowledgement of Foreclosure against AMW Group, LLC, AMW Machine Control, Inc., Alan Williams, and Mark Williams

Dear Faith,

    My client, AMW Group, LLC, AMW Machine Control, Inc., Alan Williams, and Mark Williams (collectively, "AMW") acknowledges the foreclosure of the disputed code by Geologic against AMW, per your letter dated February 2, 2018. AMW did not and does not object to Geologic's foreclosure. To that end, AMW is taking steps so they are in full compliance with the Security Agreement.

    As you are aware, my client entered into a number of additional agreements as part of a comprehensive settlement of litigation between Geologic and AMW, and as a resolution of the bankruptcy proceeding against AMW Machine Control Inc. As part of the overall settlement between the disparate parties, there was a licensing agreement entered into between AMW and Pulsar Mechatronics ("Pulsar Agreement"). The Pulsar Agreement contains a non-circumvention clause, which prohibits Pulsar Mechatronics, its officers, principals, members, affiliates, and agents, from attempting to own the disputed software, directly or indirectly, outside of the Pulsar Agreement. As such, please be aware that AMW will enjoin any attempted assignment or license of the disputed software, directly or indirectly, to Pulsar Mechatronics, or any officers, principals, members, affiliates, or agents.

    My client has every intention of remaining in business. As such AMW retains all trademark rights pursuant to the Lanham Act. (15 USC § 1114, 1115 and 1125 et. seq.). In my client's view, any entity selling software purporting to be compatible with, based on, or trading on the name of AMW, or AMW Works, will be in violation of the Lanham Act for trademark infringement, false designation of origin, and/or counterfeiting. Given the lengthy and public nature of the dispute over this code, my client will view any such attempt to trade on its trademarks as willful and intentional.

The ultimate owner of the disputed code is entitled to the use and enjoyment of the software, as a copyrighted expression. My client has no intention or interest in interfering with such a use. The disputed code carries no rights, whatsoever, to the use of any trademark, trade name, or trade dress associated with, owned by, and used by AMW.

I know that you indicated that your client was uninterested in accepting the $50,000.00 payment, that was offered to them through Brian Rolfe on February 7, and through you on February 21. If your client has a change of heart in the near future, or if their assessment in the situation changes, my client is willing to carry through with the payment.

Should you have any questions or concerns, please feel free to reach out to me.

Sincerely

*Thomas Heed*

Thomas P. Heed (P66991)
HEED LAW GROUP, PLLC.
2723 South State Street
Suite 150
Ann Arbor, MI 48104
(734) 644-5619

Via electronic means and U.S. mail
Cc: Brian Rolfe, Kemp Klein; David Leneghan, Law Offices of David Leneghan; Todd Almassian, Keller & Almassian P.C.; Russell Brown, Brown Assoc.