UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Geologic Computer Systems, Inc.,

                Plaintiff(s),

v.                                    Case No. 2:10−cv−13569−AJT−RSW
                                         Hon. Arthur J. Tarnow

John D. MacLean, et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Arthur J. Tarnow at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 108. The following motion(s) are scheduled for hearing:

    Motion for Contempt – #196

- MOTION HEARING: October 17, 2018 at 02:30 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                          By: s/C. Pickles
                                                               Case Manager

Dated:  July 23, 2018